Bernard LEVINSON, appellant, v. Charles O. WEYGANT, respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Judgment and order of the County Court of Orange County unanimously affirmed, with costs. No opinion.

L. MEISEL & CO. v. NATIONAL JEWELERS' BOARD OF TRADE. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied, with $10 costs. Order filed.

Walter C. LOW, as trustee, etc., v. Richard H. SWARTWOUT et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied, with $10 costs. Order filed.

George H. LUCKEY, respondent, v. ERIE RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion for reargument denied, with $10 costs.

Dominika LULKOVITZ, respt., v. Solomon JOFFE, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed, with costs.

Cornelia M. MABIE, respt., v. Edmund SEYMOUR, et al., applts. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Interlocutory judgment reversed, without costs, and case remitted to Special Term to make proper decision with findings of fact and conclusions of law as directed by section 1022 of the Code of Civil Procedure. All concur. See, also, 80 Misc. Rep. 280, 140 N. Y. Supp. 1097.

Joseph T. McCADDON, Respt., v. CENTRAL TRUST CO. OF N. Y., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed. See, also, 92 Misc. Rep. 413, 156 N. Y. Supp. 73.

Joseph T. McCADDON, Respt., v. CENTRAL TRUST COMPANY OF N. Y., impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Appeal from Special Term, New York County. Action by Joseph T. McCaddon against the Central Trust Company of New York and others. From an order granting plaintiff's motion for a commission, defendant Trust Company appeals. Reversed, motion denied, and stay vacated.

PER CURIAM. The complaint alleges that the defendant trust company has in its possession permanent bonds to be delivered to the holders of temporary bonds under the terms of the trust mortgage; that pursuant to the terms of that trust mortgage the trust company received on deposit the plaintiff's $100,000 bond and issued to the plaintiff its receipt therefor; that plaintiff has demanded that the trust company issue to him permanent bonds in common with other holders of temporary bonds; that the trust company has refused this demand, and is certifying and issuing bonds to others and has discriminated against the plaintiff contrary to the provisions of the trust mortgage. We see no issue raised by the pleadings which requires a commission to Mexico. The order is reversed, with $10 costs and disbursements, motion denied, with $10 costs and stay vacated. Order filed.

McDERMOTT DAIRY COMPANY, respondent, v. Patrick F. BRENNAN and others, appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion for reargument denied.

Edward McELROY v. FLORAL PARK VILLA CO. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion for stay granted pending determination of appeal. Settle order on notice.

In the matter of John J. McGINNISS, an attorney. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Matter referred to Hon. Josiah T. Marean as official referee.

Mary McMAHON, et al., respts., v. Margaret HENKEL, et al., applts. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Motion granted and appeal dismissed, including $10 costs of this motion.

In the matter of Cristobal N. MADAN, dec'd. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

William MAHER, an infant, by Margaret E. Maher, his guardian ad litem, respondent, v. Samuel ROWLAND, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

MAIDEN LANE REALTY CO., Respt., v. Andrew J. ROBINSON CO., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Michael MALONEY v. CUNARD S. S. CO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted, except in so far as it asks that appellant be directed to file 19 additional copies of the record. Settle order on notice.

Matter of Frederick T. MARTIN, dec'd. (Supreme Court, Appellate Division, First Department. April 11, 1916.) Motion granted.

Morgan L. MARTIN, appellant, v. John T. PALMER and Mary L. Palmer, etc., respondents, impleaded with others. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion.

158 N.Y.S.—71

Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Morgan L. MARTIN, appellant and respondent, v. John T. PALMER and Mary L. PALMER, etc., respondents and appellants, impleaded with others. (Appeal No. 2.) (Supreme Court. Appellate Division, Second Department. March 31, 1916.) Order affirmed, without costs to either party in this court. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of Robert J. MAYER and Jacob Stein, Attorneys. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Inasmuch as the respondents have recognized the propriety of the payment of the moneys, and no moral turpitude is involved, the proceeding is dismissed.

Morton H. MEINHARD, Respt., v. Aida HEIDELBERG, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Louis MEISEL v. Minassi I. SCHWARZSTEIN et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal granted, without costs. Order filed.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 3.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

Max MEYER, respondent, v. UNITED DRESSED BEEF COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

William MEYLE, respondent, v. Heinrich UFFMANN, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment of the County Court of Nassau County, and the final order of the Justice's Court, are reversed, and the proceedings dismissed, with costs, upon one ground, that the return does not show that the petition was served with the precept, and there is no evidence that such was the case to enable the return to be amended. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Carr, J., not voting.

Henrietta MICHAELIS v. DRY DOCK SAVINGS INST. et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal denied on condition stated in order. Order filed.

MIDTOWN CONTRACTING CO., Respt., v. Louis GOLDSTICKER and ano., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Alfred MIESTO v. COMMERCIAL UNION ASSURANCE COMPANY. (Supreme Court, Appellate Division, First Department. July, 1915.) Motion denied, with $10 costs. Memorandum per curiam.

Mary MILLER, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Although the defendant has appealed merely from the judgment, without any motion for a new trial, this court, since the 1914 amendment of Code of Civil Procedure, § 1346, has power to review the facts. (Middleton v. Whitridge, 213 N. Y. 499, 108 N. E. 192.) The basis of the complaint is that defendant's Halsey Street car stopped in the block before reaching the corner of Lewis avenue, and then started ahead before plaintiff had alighted. The testimony of plaintiff and her daughter is clearly overborne by the disinterested testimony of three passengers on the car, and a letter carrier standing on the street corner, all in agreement that plaintiff tried to get off while the car was coming to a stop, and that the car had not stopped before it came to the near side of the crossing. The judgment of the County Court of Queens County is therefore reversed on the facts, and a new trial is ordered, costs to abide the event. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Charles H. MILLS, respondent, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court. Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Bernard MIRKIN, respondent, v. EDELMAN & LEVINE, Incorporated, appellant. (Supreme